## Exhibit A
## Statement of Claim
## Plaintiff Alexandra Michelle Amaya

**Unpaid Overtime Wages, Minimum Wages, and Tips**

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Average Weekly Pay[1] | Hourly Rate Paid[1] | Minimum Wage Hourly Rate[1] | Overtime Hourly Rate[1] | Average Weekly Unpaid Tips[1] | Total Unpaid Tips[1] | Total Unpaid Minimum Wages[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/30/23 - 7/17/24 | 41.71 | 55 | $150.00 | $2.73 | $12.00 | $18.00 | $350.00 | $14,600.00 | $21,274.29 | $3,754.29 | $39,628.57 |
| 8/24/23 - 9/29/23 | 5.29 | 55 | $150.00 | $2.73 | $11.00 | $16.50 | $350.00 | $1,850.00 | $2,405.00 | $436.07 | $4,691.07 |
| | | | | | | | | $16,450.00 | $23,679.29 | $4,190.36 | $44,319.64 |

Total Unpaid Tips[1] = $ 16,450.00
Total Unpaid Minimum Wages[1] = $ 23,679.29
Total Unpaid Overtime Wages[1] = $ 4,190.36
Total Liquidated Damages[1] = $ 44,319.64
Total[1] = $ 88,639.29

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process, litigation, and/or at trial.