<u>**Exhibit B**</u>
**Statement of Claim**
**Plaintiff Paula Jennifer Ortega**

**Unpaid Overtime Wages, Minimum Wages, and Tips**

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Average Weekly Pay[1] | Hourly Rate Paid[1] | Minimum Wage Hourly Rate[1] | Overtime Hourly Rate[1] | Average Weekly Unpaid Tips[1] | Total Unpaid Tips[1] | Total Unpaid Minimum Wages[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/30/23 - 11/24/24 | 30.14 | 46 | $120.00 | $2.61 | $ 12.00 | $ 18.00 | $280.00 | $ 8,440.00 | $ 13,021.71 | $ 1,085.14 | $ 22,546.86 |
| 9/30/23 - 11/24/24 | 30.14 | 34 | $ 90.00 | $2.65 | $ 12.00 | $ 18.00 | $210.00 | $ 6,330.00 | $ 9,585.43 | $   -    | $ 15,915.43 |
| 6/1/23 - 9/29/23 | 8.64 | 46 | $120.00 | $2.61 | $ 11.00 | $ 16.50 | $280.00 | $ 2,420.00 | $ 3,336.14 | $ 285.21 | $ 6,041.36 |
| 6/1/23 - 9/29/23 | 8.64 | 34 | $ 90.00 | $2.65 | $ 11.00 | $ 16.50 | $210.00 | $ 1,815.00 | $ 2,454.57 | $   -    | $ 4,269.57 |
|  |  |  |  |  |  |  |  | $19,005.00 | $ 28,397.86 | $ 1,370.36 | $ 48,773.21 |

Total Unpaid Tips[1] = $ 19,005.00
Total Unpaid Minimum Wages[1] = $ 28,397.86
Total Unpaid Overtime Wages[1] = $ 1,370.36
Total Liquidated Damages[1] = $ 48,773.21
Total[1] = $ 97,546.43

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process, litigation, and/or at trial.