<u>**Exhibit C**</u>
**Statement of Claim**
**Plaintiff Erika Mariany Cardenas**

**Unpaid Overtime Wages, Minimum Wages, and Tips**

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Average Weekly Pay[1] | Hourly Rate Paid[1] | Minimum Wage Hourly Rate[1] | Overtime Hourly Rate[1] | Average Weekly Unpaid Tips[1] | Total Unpaid Tips[1] | Total Unpaid Minimum Wages[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/30/24 - 11/30/24 | 8.86 | 53 | $150.00 | $2.83 | $13.00 | $19.50 | $350.00 | $3,100.00 | $4,774.00 | $748.43 | $8,622.43 |
| 9/30/23 - 9/29/24 | 52.29 | 53 | $150.00 | $2.83 | $12.00 | $18.00 | $350.00 | $18,300.00 | $25,410.86 | $4,078.29 | $47,789.14 |
| 9/30/22 - 9/29/23 | 52.14 | 53 | $150.00 | $2.83 | $11.00 | $16.50 | $350.00 | $18,250.00 | $22,577.86 | $3,728.21 | $44,556.07 |
| 1/17/22 - 9/29/22 | 36.57 | 53 | $150.00 | $2.83 | $10.00 | $15.00 | $350.00 | $12,800.00 | $13,897.14 | $2,377.14 | $29,074.29 |
| | | | | | | | | $52,450.00 | $66,659.86 | $10,932.07 | $130,041.93 |

Total Unpaid Tips[1] = $52,450.00
Total Unpaid Minimum Wages[1] = $66,659.86
Total Unpaid Overtime Wages[1] = $10,932.07
Total Liquidated Damages[1] = $130,041.93
Total[1] = $260,083.86

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process, litigation, and/or at trial.